UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN <br> 2608 Cast Off Loop <br> Woodbridge, Virginia 22191 <br><br> Plaintiff <br> v. <br><br> DONALD C. WINTER, <br> SECRETARY OF THE NAVY <br> U.S. DEPT. OF THE NAVY <br> 1000 Navy Pentagon, <br> Washington, D.C.  20350-1000 <br><br> Defendant. | Civil Action No.: 08-0334 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Donna Williams Rucker**, via the court's Electronic Case Filing System (ECF).

_____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov