IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No.: **1:08 CV 00334** |
| : | |
| DONALD C. WINTER, : | |
| SECRETARY OF THE NAVY : | |
| U.S. DEPT. OF THE NAVY : | |
| : | |
|     Defendant. : | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by Certified Mail, "Return Receipt Requested, to the defendant, **DONALD C. WINTER, SECRETARY OF THE NAVY, U.S. DEPT. OF THE NAVY, 1000 Navy Pentagon, Washington, D. C. 20350-1000, Serve: Attorney General of the U.S., Michael B. Mukasey, or his designated representative,** U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, on March 20, 2008. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

    I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                   Respectfully submitted,

                              By:     /s/ *Donna Williams Rucker*
                                             Donna Williams Rucker, Esquire
                                             DUBOFF & ASSOCIATES, CHARTERED
                                             8401 Colesville Road, Suite 501
                                             Silver Spring, Maryland 20910
                                             (301) 495-3131    Office
                                             (301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEILA APPLIN                          :
                                      :
    Plaintiff,                       :
                                      :
v.                                    :Case No.: 1:08 CV 00334
                                      :
DONALD C. WINTER,                     :
SECRETARY OF THE NAVY                 :
U.S. DEPT. OF THE NAVY                :
1000 Navy Pentagon,                   :
Washington, D.C. 20350-1000           :
Serve: United States Attorney         :
      Jeffrey A. Taylor, or his designated:
      representative                  :
      Judiciary Center Building       :
      555 Fourth Street, NW           :
      Washington, DC 20530            :
                                      :
Serve: Attorney General of the U.S.   :
      Michael B. Mukasey, or his      :
      designated representative       :
      U.S. Department of Justice      :
      950 Pennsylvania Avenue, NW     :
      Washington, DC 20530-0001       :
                                      :
    Defendant.                        :

## EXHIBIT A

Seila Applin USDC 1:08cv00334

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Attorney General of the United States, Michael B. Mukasey or his designated representative U.S. Department of Justice 950 Pennsylvania Avenue N.W., Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 MAR 2 0 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 0710 0001 8878 1571

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540