IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: **1:08 CV 00334** |
| : | |
| DONALD C. WINTER, : | |
| SECRETARY OF THE NAVY : | |
| U.S. DEPT. OF THE NAVY : | |
| : | |
| **Defendant.** : | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by Certified Mail, "Return Receipt Requested, to the defendant, **DONALD C. WINTER, SECRETARY OF THE NAVY, U.S. DEPT. OF THE NAVY, 1000 Navy Pentagon, Washington, D. C. 20350-1000, Serve: United States Attorney, Jeffrey A. Taylor, or his designated representative,** Judiciary Center Building, 555 Fourth Street, NW, Washington, DC 20530 on March 20, 2008. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:    /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEILA APPLIN                               :
                                           :
    Plaintiff,                             :
                                           :
v.                                         :Case No.: <u>1:08 CV 00334</u>
                                           :
DONALD C. WINTER,                          :
SECRETARY OF THE NAVY                      :
U.S. DEPT. OF THE NAVY                     :
1000 Navy Pentagon,                        :
Washington, D.C. 20350-1000                :
Serve: United States Attorney              :
      Jeffrey A. Taylor, or his designated:
      representative                       :
      Judiciary Center Building            :
      555 Fourth Street, NW                :
      Washington, DC 20530                 :
                                           :
Serve: Attorney General of the U.S.        :
      Michael B. Mukasey, or his           :
      designated representative            :
      U.S. Department of Justice           :
      950 Pennsylvania Avenue, NW          :
      Washington, DC 20530-0001            :
                                           :
    Defendant.                             :

## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States Attorney, Jeffrey A. Taylor or his designated representative, Judiciary Center Building, 555 Fourth St. NW, Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAR

C. Date of Delivery: 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7007 0220 0002 5036 3294

PS Form 3811, February 2004   Domestic Return Receipt   102595-0?