**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SEILA APPLIN | : | |
| Plaintiff, | : | |
| v. | : | Case No.: **1:08 CV 00334** |
| DONALD C. WINTER, SECRETARY OF THE NAVY U.S. DEPT. OF THE NAVY | : | |
| Defendant. | : | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by Certified Mail, "Return Receipt Requested, to the defendant, **DONALD C. WINTER, SECRETARY OF THE NAVY, U.S. DEPT. OF THE NAVY, 1000 Navy Pentagon, Washington, D. C. 20350-1000,** on March 25, 2008. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A and B, of which copies are attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By: ___/s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEILA APPLIN            :
                        :
    Plaintiff,           :
                        :
v.                       :     Case No.: 1:08 CV 00334
                        :
DONALD C. WINTER,        :
SECRETARY OF THE NAVY    :
U.S. DEPT. OF THE NAVY   :
                        :
    Defendant.           :

EXHIBIT "A"

**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Donald C. Winter
Secretary of the Navy
U.S. Dept of the Navy
1000 Navy Pentagon
Washington, D.C.
20350-1000

A. Signature
X _Glenda McKain_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Glenda McKain
C. Date of Delivery: 2-25-08

D. Is delivery address different from item 1?  ☒ Yes   ☐ No
   If YES, enter delivery address below:
   DEPARTMENT OF THE NAVY
   OFFICE OF THE GENERAL COUNSEL
   WASHINGTON, D.C. 20350

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0002 5036 3287

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Case No.: <u>1:08 CV 00334</u> |
| | : |
| DONALD C. WINTER, | : |
| SECRETARY OF THE NAVY | : |
| U.S. DEPT. OF THE NAVY | : |
| | : |
|     Defendant. | : |

<u>EXHIBIT "B"</u>



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0002 5036 3287**
Detailed Results:
- **Delivered, March 19, 2008, 7:19 am, WASHINGTON, DC 20310**
- **Arrival at Unit, March 19, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA