IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No.: 08-0334 (HHK) |
| : | |
| DONALD C. WINTER, : | |
| SECRETARY OF THE NAVY : | |
| U.S. DEPT. OF THE NAVY : | |
| : | |
|     Defendant. : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, Seila Applin, by and through undersigned counsel, pursuant to Rue 6(b) of the Federal Rules of Civil Procedure and files this instant Motion to Extend Time to File Opposition to Defendant's Motion to Dismiss and in support of this Motion further states as follows:

    1.    Defendant filed a Motion to Dismiss on or about May 21, 2008.

    2.    Plaintiff is in the process of completing the Opposition to the Motion to Dismiss and based on previously scheduled matters and hearings is therefore requesting additional time to file said Opposition.

    3.    Rule 6(b) of the Federal Rules of Civil Procedure states that "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order…".

4. Due to the timing of the filing of this Motion Plaintiff was unable to ascertain whether the Defendant would consent to the relief requested herein.

5. No party will be prejudiced should this Court grant Plaintiff's motion to extend time to file an opposition to Defendant's Motion to Dismiss.

Wherefore, Plaintiff respectfully moves this Honorable Court to grant Plaintiff additional time up to and including June 7th, 2008 to file an Opposition to Defendant's Motion to Dismiss and for such other and further relief as this Honorable Court deems just necessary and appropriate.

Respectfully submitted,

By: _/s/ Donna Williams Rucker_
Donna Williams Rucker, Esquire (Bar #446713)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Extend Time to File Opposition to Defendant's Motion to Dismiss was delivered via this Court's electronic case filing system, this 2nd day of June, 2008, to: Christian Natiello, Esquire – 555 4th Street, N.W., Room #4112, Washington, D.C. 20530.

_/s/ Donna Williams Rucker_
Donna Williams Rucker, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 08-0334 (HHK) |
| : | |
| DONALD C. WINTER, : | |
| SECRETARY OF THE NAVY : | |
| U.S. DEPT. OF THE NAVY : | |
| : | |
| Defendant. : | |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion for an Extension of Time to File Opposition to Defendant's Motion to Dismiss, the Opposition thereto, if any, and the record herein, it is this _____ day of _____, 2008,

ORDERED that Plaintiff's Motion for an Extension to Time to File Opposition to Defendant's Motion to Dismiss be and hereby is GRANTED; and it is further

ORDERED that Plaintiff has up to and including June 7th 2008 to file an Opposition to Defendant's Motion to Dismiss.

SO ORDERED.

_____
JUDGE KENNEDY
United States District Court for
the District of Columbia

Copies to:

Donna Williams Rucker, Esquire
Via electronic filing

Christian A. Natiello
Via electronic filing