UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD C. WINTER, Secretary of the Navy,<br><br>    Defendant. | Civil Action 08-00334 (HHK) |

ORDER

Seila Applin ("Applin"), brings this action pursuant to Title VII of the Civil Rights Act of 1960, as amended, 42 U.S.C. §§ 2000e *et seq*. ("Title VII"), against Donald C. Winter ("Winter"), Secretary of the Navy, in his official capacity only, seeking damages for employment discrimination. Before the court is Winter's motion to dismiss Count I of Applin's complaint pursuant to Fed. R. Civ. P.12(b)(1), and Counts II through VII pursuant to Fed. R. Civ. P. 12(b)(6). Upon consideration of the motion, Applin's opposition thereto, and the record of this case, it is by the court this 11th day of August 2008, hereby

**ORDERED** that Winter's motion to dismiss Count I of the complaint is **DENIED without prejudice**. Winter may renew his challenge to the timeliness of this action by filing a motion for summary judgment, which motion shall be accompanied by a statement of material facts as to which Winter claims there is no dispute; and it is further

**ORDERED** that Winter's motion to dismiss Counts II through VII is **GRANTED**.

                   Henry H. Kennedy, Jr.
                   United States District Judge