UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEILA APPLIN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DONALD C. WINTER,<br>Secretary of the Navy,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:08cv00334 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

Defendant Donald C. Winter in his official capacity as Secretary of the Navy responds to Plaintiff's complaint as follows:

### First Defense

Plaintiff has failed to state a prima facie case of discrimination or retaliation

### Second Defense

All conduct and actions on the part of Defendant concerning Plaintiff was wholly based on legitimate, nondiscriminatory, and non-retaliatory reasons.

### Third Defense

Defendant further responds to the numbered and unnumbered paragraphs of Plaintiff's complaint as follows:

JURISDICTION

1. Admit.

2. Admit that Plaintiff timely filed a complaint with the Department of the Navy and the EEOC. Defendant is without sufficient information to admit or deny the remainder of the paragraph.

PARTIES

3. Admit.

4. Admit.

FACTS

5. This paragraph does not require an admission or a denial.

6. Deny.

7. Admit.

8. Deny.

9. Deny.

10. Admit.

11. Admit.

12. Admit

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit that at the time of the filing of the initial complaint to EEO the Plaintiff had not been selected for a SPO-LT position. Deny that the Plaintiff has not been selected for any SPO-LT position.

20. Admit that in 2005 when the Plaintiff applied for SPO-LT positions, a male was selected. Deny that each time Plaintiff applied for a SPO-LT position a male was selected.

21. Deny.

22. Admit.

23. Deny.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Deny.

29. Deny.

30. Admit.

31. Admit.

32. Deny.

33. Deny.

34. Admit.

35. Admit.

36. Defendant is without sufficient information to admit or deny the allegations in paragraph 36.

37. Defendant is without sufficient information to admit or deny the allegations in paragraph 37

38. Defendant is without sufficient information to admit or deny the allegations in paragraph 38

39. Admit.

40. Admit.

41. Deny.

42. Admit.

COUNT I
Title VII of the Civil Rights Act
Sex and Reprisal

43. This paragraph requires neither an admission nor a denial.

44. Admit.

45. Admit.

46. Deny.

47. Admit.

48. Deny.

49. Deny.

50. Admit that Plaintiff was not promoted to SPO-LT in 2005.  Deny that Defendant did not promote Plaintiff.

51. Defendant is without sufficient information to admit or deny the allegations in paragraph 51.

52. Deny.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

57. Deny.

58. Defendant is without sufficient information to admit or deny the allegations in paragraph 58.

Wherefore clause: This is Plaintiff's prayer for relief.  No response is necessary. To the extent that a response is deemed required, deny.

Paragraphs 59 – 97 contain allegations that have been dismissed from this case via the Court's Order of August 11, 2008.

Having fully answered, Defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted such other relief as the Court deems appropriate.

Defendant further avers that any award of compensatory damage would be subject to and limited under 42 USC §1981a and that relief would be subject to and limited by 42 U.S.C. §2000e-5(g)(2)(B).  Defendant reserves the right to assert additional defenses, affirmative or otherwise, upon further investigation and discovery

into the matters alleged. Defendant asserts all applicable statutory limitations with respect to Plaintiff's damage claims.

**WHEREFORE**, Defendants request the Court enter judgment in their favor and against Plaintiff, that the complaint be dismissed in its entirety with prejudice, that Defendant recovers costs in this action, and for such other relief as may be appropriate.

August 25th, 2008.	Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

OF COUNSEL:

STEPHANIE A. POLK
Assistant Counsel
Department of the Navy
Office of General Counsel
8901 Wisconsin Avenue
Bethesda MD 20889